# UNITED STATES DISTRICT COURT

## Western District of Missouri

**THOMAS A. BRIDE**

    *v.*

**JO ANNE BARNHART**

*JUDGMENT IN A CIVIL CASE*

Case Number: 04-4091-SSA-CV-C-WAK

_     ***Jury Verdict.*** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X     ***Decision by Court.*** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    *IT IS ORDERED AND ADJUDGED*

–     that the decision of the Commissioner is reversed and the case is remanded to the Commissioner under Sentence 4, 42 U.S.C. § 405(g), for reconsideration and/or further development of the record in light of the report of the consultant.

ENTERED ON: May 6, 2005

| | |
|---|---|
| May 6, 2005 | PATRICIA L. BRUNE |
| Date | Clerk |
| | /s L. Bax |
| | (By) Deputy Clerk |